# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| ROBERT LEE WINKOWITSCH,<br><br>Plaintiff,<br><br>v.<br><br>KEITH LAME BEAR and JOHN AND JANE DOES I-X<br><br>Defendants. | Case No. CV-18-7-GF-BMM<br><br>**ORDER GRANTING<br>JOINT MOTION<br>TO STAY PROCEEDINGS<br>AND<br>TO VACATE PRELIMINARY<br>PRETRIAL CONFERENCE** |

THIS COURT, having read and reviewed the Parties' Joint Motion to Stay Proceedings and Vacate Preliminary Pretrial Conference, and good cause appearing therefor,

//

IT IS HEREBY ORDERED all proceedings are stayed pending the Parties' attempt to resolve this matter. The Parties, or either of them, shall notify the Court within 10 days of the outcome of the settlement discussions.

IT IS FURTHER ORDERED that the Preliminary Pretrial Conference previously set for May 17, 2018 is vacated and shall be reset, if necessary, after the notice regarding the outcome of settlement discussions is filed.

IT IS FURTHER ORDERED that the deadlines set for May 10, 2018 in the Court's Order dated April 16, 2018 are vacated. In the event settlement discussions fail, the deadlines shall be reset for 10 days after the notice regarding the outcome of settlement discussions is filed.

IT IS FURTHER ORDERED that in the event settlement discussions fail, the deadline for Defendants to file a reply brief in support of their pending Motion to Dismiss shall be 15 days after the notice regarding the outcome of settlement discussions is filed.

DATED this 3rd day of May, 2018.

_____
Brian Morris
United States District Court Judge